**Allen Wayne POSTON, Plaintiff–Appellant,**

v.

**KANE, Director, Tracy Jones, Warden; Eric Wilson, Warden; Shah, Dr.; Katherin Laybourn, Dr.; Apont'e, Ms., Ahsa; Flowers, Ms; Nurse; Luis Neg-**

ron, MLP; Mack Bonner, Jr.; Dr.; Niki Canada, Nurse; Vivian K. Harris, Camp Admin.; Barbara Haywood, CSW; A. Forte, Counselor; Hobgood, Mr.; Work super.; Martin, Mr.; Work super.; Tudor, Mr.; Unit mgr.; Williams, Ms.; Unit mgr.; Hertlie Jarratt, Ms.; CSW; Marrow, Ms.; Counselor; Holland, Ms.; Counselor; Angela Tomlinson, Ms.; Unit mgr.; Smith, Ms.; Camp Admin.; Abimeal, Mr.; MLP; C. Eichenlaub, Regional Dir.; Newbill, Mr.; Counselor, **Defendants–Appellees.**

No. 13–7805.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2014.

Decided: Sept. 10, 2014.

Allen Wayne Poston, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Wayne Poston appeals the district court's order denying his Fed.R.Civ.P. 60(b)(6) motion seeking relief from the district court's order dismissing his *Bivens* * action for failure to particularize and to

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Poston v. Kane*, No. 1:13–cv–00365–JCC–IDD (E.D.Va. Oct. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*